[No. 14113-2-II. Division Two. March 3, 1993.]

CHARLOTTE B. CRIPPEN, *Respondent*, v. LAWRENCE J. CRIPPEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-3-01883-6, Barbara D. Johnson, J., entered July 11, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15432-3-II. Division Two. March 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARDO VASANEAT MCKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00606-7, Thomas L. Lodge, J., entered September 24, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 11233-1-III. Division Three. March 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KAYNE M. GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-8-00038-1, Yancey Reser, J., entered October 29, 1990. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11827-4-III. Division Three. March 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BULMARO M. ESTEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00151-4, Fred R. Staples, J., entered August 2, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.